FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT  2004 SEP 21  P 3: 48
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
U.S. DISTRICT COURT
DISTRICT OF MASS.

04 - 12036

| | |
|---|---|
| YUMI C. CHEN, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT ILLINOIS TOOL |
| ) | WORKS, INC.'S NOTICE OF |
| ILLINOIS TOOL WORKS, INC. ) | REMOVAL |
| Defendant ) | |

MAGISTRATE JUDGE Alexander

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant, Illinois Tool Works, Inc. ("ITW"), hereby removes this action to the United States District Court for the District of Massachusetts, Eastern Division, and states as follows:

1.   Illinois Tool Works, Inc. is named as a defendant in a civil action, Case No. 04-2991-A, now pending in the Massachusetts Superior Court for Suffolk County. The United States District Court for the District of Massachusetts, Eastern Division, embraces the county where this action is pending.

2.   On September 3, 2004, Illinois Tool Works, Inc. received a copy of the Summons and Complaint in this action naming Illinois Tool Works, Inc., a Delaware corporation with its principal place of business in Glenview, Illinois, as defendant. This Notice of Removal is being filed with the United States District Court for the District of Massachusetts, Eastern Division, within 30 days of the date the summons and complaint was served.

3.   By filing this Notice of Removal, Illinois Tool Works, Inc. does not intend to waive, and hereby reserves, any objection as to service, personal jurisdiction, and all other defenses.

RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

4. The state action is a civil action over which this Court has now original diversity jurisdiction under 28 U.S.C. § 1332(a) for the following reasons:

    a. Plaintiff, Yumi Chen, is a citizen of Massachusetts and resident of Suffolk County, Massachusetts.

    b. Defendant, Illinois Tool Works, Inc. is a Delaware corporation with its principal place of business in Glenview, Illinos. Accordingly, pursuant to 28 U.S.C. § 1332(c)(1), Illinois Tool Works, Inc. is a citizen of Delaware.

    f. Upon information and belief, the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

5. Certified copies of all process, pleadings or orders served upon Illinois Tool Works, Inc. in the state action and a copy of the docket sheet for the state action are attached hereto as Exhibit A.

6. Written notice of this Notice of Removal will be served on counsel for the plaintiff and filed with the Massachusetts Superior Court for Suffolk County, pursuant to the requirements of 28 U.S.C. § 1446(d).

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Illinois Tool Works, Inc., hereby certify that on _9/21/04_, I served a copy of *Defendant, Illinois Tool Works, Inc.'s Notice of Removal*, via first-class mail, postage prepaid to:

Robert W. Casby, Esq.
David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

I certify that the above document has been served upon counsel of record and/or filed with the Court within the time designated by the Court pursuant to the applicable Time Standards Order.

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant, Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240