FILED
IN CLERKS OFFICE

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                         SUPERIOR COURT
                                                    C.A. 04-2991-A

YUMI C. CHEN                    )
                                )
    Plaintiff                   )     **DEFENDANT, ILLINOIS TOOL**
                                )     **WORKS, INC.'S, NOTICE OF**
VS.                             )     **FILING NOTICE OF REMOVAL**
                                )     04-12036 RWZ
ILLINOIS TOOL WORKS, INC.       )
    Defendant                   )
                                )

    Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, defendant, Illinois Tool Works, Inc. ("ITW"), filed a Notice of Removal, Local Category Sheet, Civil Cover Sheet, Notice of Filing Notice of Removal, Corporate Disclosure Statement, and $150.00 filing fee made payable to Clerk, U. S. District Court in the Office of the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, on the 21st day of September, 2004, a true and correct copy of Notice of Removal is attached hereto as having been filed with the Clerk, Michael Joseph Dovovan, Suffolk Superior Court.

    Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240

## **_CERTIFICATE OF SERVICE_**

A copy of the foredgoing Defendant, Illinois Tool Works, Inc.'s, Notice of Filing Notice of Removal was served by regular U.S. Mail, postage prepaid this 21st day of September, 2004 upon:

Robert W. Casby, Esq.
David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

I certify that the above document has been served upon counsel of record and/or filed with the Court within the time designated by the Court pursuant to the applicable Time Standards Order.

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant, Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

- 2 -