IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

04-12036-RWZ

| | | |
|---|---|---|
| YUMI C. CHEN, | ) | |
|    Plaintiff, | ) | |
| | ) | **DEFENDANT, ILLINOIS TOOL** |
| vs. | ) | **WORKS, INC.'S, CORPORATE** |
| | ) | **DISCLOSURE STATEMENT** |
| ILLINOIS TOOL WORKS, INC. | ) | |
|    Defendant | ) | |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.3, this Corporate Disclosure Statement is filed on behalf of:

<u>Defendant, Illinois Tool Works, Inc.</u>

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__ Yes    _____ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    The defendant, Illinois Tool Works, Inc., is a publicly traded corporation. ITW Food Equipment Group, LLC is a wholly owned subsidiary of Illinois Tool Works, Inc.

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?   _____ Yes   __X__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____        9/21/04
(Signature of Counsel)                            (Date)