UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT
C.A. NO. 04-12036RWZ

| | |
|---|---|
| YUMI C. CHEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | DEFENDANT, ILLINOIS TOOL |
| ) | WORKS, INC.'S, LOCAL RULE 16.1 |
| ILLINOIS TOOL WORKS, INC. ) | CERTIFICATION |
| ) | |
| Defendant ) | |

Defendant, Illinois Tool Works, Inc., hereby certifies that it has conferred with its counsel:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Donn A. Kremmel

On Behalf of the Defendant,
Illinois Tool Works, Inc.
By Its Attorneys,

MARTIN, MAGNUSON, MCCARTHY &
KENNEY

_____
Douglas A. Robertson, BBO No. 552325
101 Merrimac St., 7th Floor
Boston, MA 02114-4716
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Illinois Tool Works, Inc., hereby certify that on _10-21-04_, 2004, I served a copy of Defendant, Illinois Tool Works, Inc.'s Local Rule 16.1 Certification, via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, Massachusetts  02108


_____
Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240