SCANNED
DATE: 10/25/04
BY: DH

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 21 P 2: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

| YUMI C. CHEN, | |
|---|---|
| Plaintiff, | |
| v. | |
| ILLINOIS TOOL WORKS, INC., | No. 1:04-CV-12036-RWZ |
| Defendant. | |

## JOINT STATEMENT

Plaintiff and defendant in the above action suggest the following proposed pretrial schedule:

1. Initial disclosures served by November 27, 2004

2. Service of responses to all written discovery requests within the time provided by Fed. R. Civ. P. 33, 34 and 37 or in no event later than March 1, 2005;

3. Amendments/additional joinder to pleadings filed by September 30, 2005;

4. Completion of non-expert depositions and other factual discovery (medical examinations, site inspections) by September 30, 2005. Plaintiff limited to 10 depositions, defendant limited to 10 depositions;

5. Plaintiff's disclosure of information regarding experts pursuant to FRCP 26(b)(4)(A)(I) by October 31, 2005; Defendant's within ninety (90) days thereafter;

6. If agreed to by all parties, parties shall either (a) participate in outside mediation, or (b) request Senior Judge mediation by January 31, 2006;

7. All expert depositions and discovery completed by March 31, 2006;

8. Serving of dispositive motions by May 31, 2006, with oppositions served within 21 days;

9. Pre-trial conference or hearing on motions for summary judgment by July 31, 2006.

In addition, the parties have conferred with a view toward settlement and controlling the costs of litigation. Alternative dispute resolution programs, or trial by a magistrate judge are under consideration, but not yet agreed to by the parties pending further discovery and discussions.

<u>Additional Scheduling Conference topics</u>

1. Mutual exchange of documents;
2. Scheduling Order.

The parties hereby certify that the above information is complete and accurate.

| | |
|---|---|
| On Behalf of the Plaintiff,<br>Yumi C. Chen<br>By Her Attorneys | On Behalf of the Defendant,<br>Illinois Tools Works, Inc.<br>By Their Attorneys |
| SUGARMAN & SUGARMAN, P.C. | MARTIN, MAGNUSON, MCCARTHY & KENNEY |
| *signature*<br>Robert C. Casby – BBO#07710<br>David P. McCormack – BBO#659006<br>One Beacon Street<br>Boston, MA 02108<br>(617) 542-1000<br>rcasby@sugarman.com<br>dmccormack@sugarman.com | *signature* /DPM<br>Douglas A. Robertson – BBO #552315<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3240<br>drobertson@mmmk.com |