UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YUMI C. CHEN,

    Plaintiff,

v.

ILLINOIS TOOL WORKS, INC.,

    Defendant.

No. 1:04-CV-12036-RWZ

## PLAINTIFFS' RULE 16.1 CERTIFICATION

Plaintiff, Yumi C. Chen, hereby certifies that she has conferred with her counsel:

a.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Yumi C. Chen

On Behalf of the Plaintiff,
Yumi C. Chen
By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

_____
Robert C. Casby-BBO #077110
David P. McCormack-BBO #659006
One Beacon Street
Boston, MA 02108
(617) 542-1000
rcasby@sugarman.com
dmccormack@sugarman.com

## Certificate of Service

I hereby certify that a true copy of the above document was served by first-class mail, on __10/20__, 2004 upon the attorney of record for each party:

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

_____
David P. McCormack