UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YUMI C. CHEN,

                          Plaintiff,

v.

ILLINOIS TOOL WORKS, INC.,              No.  1:04-CV-12036-RWZ

                          Defendant.

## PLAINTIFFS' RULE 16.1 CERTIFICATION

Plaintiff, Yumi C. Chen, hereby certifies that she has conferred with her counsel:

a.      with a view to establishing a budget for the costs of conducting the full

course and various alternative courses of the litigation; and

b.      to consider the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Yumi C. Chen

On Behalf of the Plaintiff,
Yumi C. Chen
By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

_____
Robert C. Casby-BBO #077110
David P. McCormack-BBO #659006
One Beacon Street
Boston, MA  02108
(617) 542-1000
rcasby@sugarman.com
dmccormack@sugarman.com

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served by first-class

mail, on ___/0__/__20___, 2004 upon the attorney of record for each party:

Douglas A. Robertson, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

David P. McCormack