UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT
C.A. NO. 04-12036RWZ

| | |
|---|---|
| YUMI C. CHEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | ASSENTED TO PETITION FOR |
| ) | ADMISSION PRO HAC VICE |
| ILLINOIS TOOL WORKS, INC. ) | |
| ) | |
| Defendant ) | |

Now comes the defendant, Illinois Tool Works, Inc., and moves for the admission pro hac vice of the undersigned attorney to participate as counsel for the defendant in the above legal action. As reasons therefore, the defendant states:

1. The defendant wishes that counsel familiar to the defendant participate in the defense of this action. The defendant is well familiar with Gary M. Glass, Esquire, who practices law at Thompson Hine LLP, 312 Walnut Street, 14th Fl., Cincinnati, Ohio 45202.

2. Thompson Hine LLP is counsel for Illinois Tool Works, Inc. The Courts of this Commonwealth have previously allowed such petitions in Garcia v Hobart Corp., (Suffolk, 96-1685), Colon v. Hobart Corp., (Plymouth, 87-2170), Travelers v. Hobart Corp., (Middlesex, 97-2952), Jostens, Inc. v. Hobart Corporation, (Norfolk 98-1621), Rodriguez v. Hobart Corp. (Essex, 01-726), United States Fire Insurance Company, as Subrogee of Belmont Country Club, Inc. (Middlesex 03-2717). Martin, Magnuson, McCarthy & Kenney will be co-counsel in this matter.

3. Gary M. Glass, Esquire is an attorney duly admitted to practice by the bar of the State of Ohio and Commonwealth of Kentucky. Attorney Glass' Certificate of Good Standing, issued by the Supreme Judicial Courts of Ohio and Kentucky, are attached hereto.

4. Gary M. Glass is also admitted to practice in the United States District Court for the Northern and Southern Districts of Ohio and the U.S. Court of Appeals for the Sixth Circuit.

5. Gary M. Glass submits the attached Affidavit confirming that there are no disciplinary charges pending against him.

WHEREFORE, the defendant requests that its Assented to Petition for Admission Pro Hac Vice be allowed, and that Gary M. Glass, Esquire be allowed to represent the defendant's interests in this action.

Dated: _____

_____
Douglas A. Robertson, BBO No. 552325
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114-4716
(617) 227-3240

Assented to:

_____
David P. McCormack, Esq.
Attorney for plaintiff

2

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Illinois Tool Works, Inc., hereby certify that on _10-27-04_, 2004, I served a copy of *Assented to Petition for Admission Pro Hac Vice*, via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, Massachusetts 02108


_____
Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

3