UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT
C.A. NO. 04-12036RWZ

| | |
|---|---|
| YUMI C. CHEN | ) |
|    Plaintiff | ) ) ) |
| VS. | ) ) ) |
| ILLINOIS TOOL WORKS, INC. | ) ) |
|    Defendant | ) ) |

## AFFIDAVIT OF GARY M. GLASS, ESQUIRE

STATE OF OHIO
COUNTY OF CUYAHOGA

Gary M. Glass, Esq., being duly sworn, deposes and says:

1. I am a partner of the firm of Thompson Hine LLP, 312 Walnut Street, 14th Fl., Cincinnati, Ohio 45202.

2. I am a member in good standing of the bars of the State of Ohio and Commonwealth of Kentucky. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. For the foregoing reasons, I respectfully request that the Court allow me to appear and practice in this matter on behalf of Illinois Tool Works, Inc.

                                                     _____
                                                   Gary M. Glass
                                                   Ohio State Supreme Court Registration #0042417
                                                   Kentucky Member No. 85789

Sworn to before me this 25th day of October, 2004

_____
My Commission Expires:

DIANE M. STOCKMEIER
Notary Public, State of Ohio
My Commission Expires
September 29, 2006

4

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Gary Martin Glass

was admitted to the practice of law in Ohio on November 06, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of October, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
R. Kent Westberry
*President*

David B. Sloan
*President-Elect*

Robert C. Ewald
*Vice President*

John W. Stevenson
*Past President*

**HOUSE OF DELEGATES**
Linda McCubbin Hopgood
*Chair*

John H. Callis, III
*Chair-Elect*

**YOUNG LAWYERS**
David B. Barber
*Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
R. Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III



## THIS IS TO CERTIFY THAT

*Gary Martin Glass*
*Thompson & Hine LLP*
*312 Walnut Street Suite 1400*
*Cincinnati, Ohio 45202-4029*

Membership No.  **85789**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated the 21st day of October, 2004.*

**BRUCE K. DAVIS**
**REGISTRAR**

By: _____
*Michele M. Pogrotsky, Deputy Registrar*