UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12036-RWZ

YUMI C. CHEN

v.

ILLINOIS TOOL WORKS, INC.

<u>SCHEDULING ORDER</u>

October 28, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Robert C. Casby and David P. McCormack having appeared as counsel for plaintiff Yumi C. Chen; and Douglas A. Robertson having appeared as counsel for defendant Illinois Tool Works, Inc., the following action was taken:

1. All initial disclosures shall be served by November 26, 2004.

2. Responses to written discovery requests shall be served within the time provided by Rules 33, 34 and 37, but in no event later than March 1, 2005. Such written requests shall be made no later than January 28, 2005.

3. All fact discovery shall be completed by September 30, 2005, and each party shall be limited to 10 depositions.

4. All expert discovery shall be completed by December 30, 2005.

5. Any amendments to the pleadings, including joinder of parties, shall be

      filed by January 28, 2005.

6.    Counsel shall report the status of settlement negotiations on or before June 30, 2005.

7.    A pretrial conference will be held on January 6, 2006, at 2 p.m.

_____     /s/ Rya W. Zobel
DATE                                     RYA W. ZOBEL
                                                           UNITED STATES DISTRICT JUDGE