UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUMI C. CHEN | ) |
|    Plaintiff | ) ) ) |
| VS. | ) C.A. NO. 1:04-12036RWZ |
| ITW FOOD EQUIPMENT GROUP, LLC | ) ) ) |
|    Defendant | ) |

**APPEARANCE, ANSWER AND JURY CLAIM OF THE DEFENDANT, ITW FOOD EQUIPMENT GROUP, LLC, TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**THE DEFENDANT, ITW FOOD EQUIPMENT GROUP, LLC CLAIMS A TRIAL BY JURY AS TO ALL ISSUES**

**First Defense**

1. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, can neither admit nor deny the allegations of Paragraph 1 of Plaintiff's Second Amended Complaint because it is without knowledge or information sufficient to form a belief as to the truth of said allegations.

2. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, admits the allegations of Paragraph 2 of Plaintiff's Second Amended Complaint.

3. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, can neither admit nor deny the allegations of Paragraph 3 of Plaintiff's Second Amended Complaint because it is without knowledge or information sufficient to form a belief as to the truth of said allegations.

4. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 4, of Plaintiff's Second Amended Complaint to the extent the allegations are made concerning a Hobart mixer, Model M-802, Serial Number 11-277-573.

5. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, can neither admit nor deny the allegations of Paragraph No. 5 of Plaintiff's Second Amended Complaint because it does not have sufficient knowledge or information to determine whether the plaintiff's alleged incident occurred while using one of the defendant's mixers. The defendant admits making and selling a Hobart Mixer Model M-802, Serial Number 11-277-573.

6. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, admits that, at certain times, the defendant, ITW FOOD EQUIPMENT GROUP, LLC, and some of its predecessor entities, were and are merchants with respect to certain types of food service equipment. The remainder of the allegations of Paragraph No. 6 of Plaintiff's Second Amended Complaint are denied.

7. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph 7 of Plaintiff's Second Amended Complaint.

8. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, admits that Hobart Mixer, Model M-802, Serial Number 11-277-573 was of merchantable quality for its intended uses. The remainder of the allegations of Paragraph No. 8 of Plaintiff's Second Amended Complaint are denied.

9. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 9 of Plaintiff's Second Amended Complaint.

10. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 10 of Plaintiff's Second Amended Complaint.

11. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 11 of Plaintiff's Second Amended Complaint.

12. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 12 of Plaintiff's Second Amended Complaint.

13. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 13 of Plaintiff's Second Amended Complaint.

14. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the plaintiff's letter of May 25, 2004 constitutes proper demand pursuant to G.L. c. 93A.

15. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 15 of Plaintiff's Second Amended Complaint.

16. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 16 of Plaintiff's Second Amended Complaint.

## FIRST CAUSE OF ACTION

17. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 17 of Plaintiff's Second Amended Complaint.

## SECOND CAUSE OF ACTION

18. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 18 of Plaintiff's Second Amended Complaint.

## THIRD CAUSE OF ACTION

19. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 19 of Plaintiff's Second Amended Complaint.

## FOURTH CAUSE OF ACTION

20. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 20 of Plaintiff's Second Amended Complaint.

## FIFTH CAUSE OF ACTION

21. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 21 of Plaintiff's Second Amended Complaint.

## DEMAND FOR RELIEF

22. The defendant, ITW FOOD EQUIPMENT GROUP, LLC, denies the allegations of Paragraph No. 22 of Plaintiff's Second Amended Complaint.

## JURY CLAIM

23. No response required.

## Second Defense

24. And further answering, the defendant says that the injuries and damages alleged were caused in whole or in part by negligence of the plaintiff to a degree equal to or greater than any alleged negligence of the defendant.

## Third Defense

25. And further answering, the defendant says that if the plaintiff had a claim for breach of warranty against the defendant, which said defendant expressly denies, the plaintiff has failed to give due and seasonable notice of said breach to the defendant and the plaintiff is thereby barred from recovery.

## Fourth Defense

26. And further answering, the defendant says that this action was not commenced within the time prescribed by the applicable statutes of limitations.

## Fifth Defense

27. And further answering, the defendant says that the Plaintiff's injuries were caused by the Plaintiff's misuse of the alleged product and the plaintiff is thereby barred from recovery.

### Sixth Defense

28. And further answering, the defendant says that the injuries and damages alleged were not caused by the acts of any person for whose conduct the defendant was legally responsible.

### Seventh Defense

29. And further answering, the defendant says that if the plaintiff ever had a claim against the defendant, which the defendant expressly denies, the plaintiff is estopped from prosecuting the same and is thereby barred from recovery herein.

### Eighth Defense

30. And further answering, the defendant says that the damages alleged were caused in whole or in part by the plaintiff's own negligence.

### Ninth Defense

31. And further answering, the defendant says that the plaintiff has delayed unreasonably in giving notice of this claim and in bringing this action, all to the defendant's prejudice, and therefore the plaintiff has waived the same, is estopped from prosecuting the same and is barred by laches from recovery herein.

### Tenth Defense

32. And further answering, the defendant says that the Plaintiff's Second Amended Complaint fails to assert a proper claim for relief in accordance with the requirements of Fed.R.Civ.P. 8(a).

### Eleventh Defense

33. Plaintiff's claims are barred by the learned intermediary doctrine.

WHEREFORE, the defendant, ITW FOOD EQUIPMENT GROUP, LLC, demands that all claims against it be dismissed, including without limitation, Causes of Action one through five of Plaintiff's Second Amended Complaint and that judgment enter thereon in favor of the defendant, together with costs.

/s/ Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for ITW FOOD EQUIPMENT GROUP, LLC, hereby certify that on November 23, 2004, I served a copy of *Appearance, Answer and Jury Claim of the Defendant, ITW FOOD EQUIPMENT GROUP, LLC, to Plaintiff's Second Amended Complaint,* via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

          Douglas A. Robertson, BBO No. 552315
          Attorney for Defendant,
          ITW FOOD EQUIPMENT GROUP, LLC
          MARTIN, MAGNUSON, MCCARTHY &
              KENNEY
          101 Merrimac Street
          Boston, MA 02114
          (617) 227-3240