UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT
C.A. NO. 04-12036RWZ

| | |
|---|---|
| YUMI C. CHEN ) | |
| ) | |
| Plaintiff ) | |
| ) | ASSENTED TO PETITION FOR |
| VS. ) | ADMISSION PRO HAC VICE |
| ) | |
| ILLINOIS TOOL WORKS, INC. ) | |
| ) | |
| Defendant ) | |

Now comes the defendant, Illinois Tool Works, Inc., and moves for the admission, pro hac vice, of the undersigned attorney to participate as counsel for the defendant in the above legal action. As reasons therefore, the defendant states:

1. The defendant wishes that counsel familiar to the defendant participate in the defense of this action. The defendant is well familiar with S. Stuart Eilers, Esquire, who practices law at Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114-1216.

2. Thompson Hine LLP is counsel for Illinois Tool Works, Inc. The Courts of this Commonwealth have previously allowed such petitions in <u>Garcia v Hobart Corp.</u>, (Suffolk, 96-1685), <u>Colon v. Hobart Corp.</u>, (Plymouth, 87-2170), <u>Travelers v. Hobart Corp.</u>, (Middlesex, 97-2952), <u>Jostens, Inc. v. Hobart Corporation</u>, (Norfolk 98-1621) and <u>Rodriguez v. Hobart Corp.</u>, (Essex, 01-726A). Martin, Magnuson, McCarthy & Kenney will be co-counsel in this matter.

3. S. Stuart Eilers, Esquire is an attorney duly admitted to practice by the bar of the State of Ohio. Attorney Eilers' Certificate of Good Standing, issued by the Supreme Judicial Court of Ohio, is attached hereto.

4.  S. Stuart Eilers is also admitted to practice in the United States District Court for the Northern District of Ohio and the U.S. Court of Appeals for the First, Second, Fifth and Sixth Circuits.

5.  S. Stuart Eilers submits the attached Affidavit confirming that there are no disciplinary charges pending against him.

WHEREFORE, the defendant requests that its Assented to Petition for Admission Pro Hac Vice be allowed, and that S. Stuart Eilers, Esquire be allowed to represent the defendant's interests in this action.

Dated: 11/8/04

Douglas A. Robertson, BBO No. 552325
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114-4716
(617) 227-3240

Assented to:

David P. McCormack, Esq.
Attorney for plaintiff

## *CERTIFICATE OF SERVICE*

I, Douglas A. Robertson, attorney for Illinois Tool Works, Inc., hereby certify that on __11/8/__, 2004, I served a copy of *Assented to Petition for Admission Pro Hac Vice*, via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, Massachusetts 02108


_____
Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
Illinois Tool Works, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

S. Stuart Eilers

was admitted to the practice of law in Ohio on May 01, 1963; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 27th day of October, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*/Attorney Services Counsel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT
C.A. NO. 04-12036RWZ

YUMI C. CHEN                                )
                                            )
   Plaintiff                              )
                                            )
VS.                                         )
                                            )
ILLINOIS TOOL WORKS, INC.                   )
                                            )
   Defendant                              )

### AFFIDAVIT OF S. STUART EILERS, ESQUIRE

STATE OF OHIO
COUNTY OF CUYAHOGA

S. Stuart Eilers, Esq., being duly sworn, deposes and says:

1.  I am a partner of the firm of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114-1216.

2.  I am a member in good standing of the bar of the State of Ohio. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3.  For the foregoing reasons, I respectfully request that the Court allow me to appear and practice in this matter on behalf of Illinois Tool Works, Inc.

S. Stuart Eilers
Ohio State Supreme Court Registration #0025581

Sworn to before me this 18th day of October, 2004

Betty A. Abraham, Notary Public
My Commission Expires:

BETTY A. ABRAHAM, Notary Public
State of Ohio
My commission expires Jan. 14, 2007

4