UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUMI C. CHEN<br><br>                           Plaintiff,<br><br>vs.<br><br>ITW FOOD EQUIPMENT GROUP, LLC.<br><br>                         Defendant. | No. 04-1236RWZ |

**STATUS OF SETTLEMENT NEGOTIATIONS**

The parties in this matter hereby state that they have not conducted settlement negotiations to date. Discovery in this matter is still ongoing and upon the completion of discovery the parties anticipate that they will conduct settlement negotiations in an attempt to resolve this matter.

| | |
|---|---|
| On Behalf of the Plaintiff,<br>Yumi C. Chen<br><br>By Her Attorneys<br><br>SUGARMAN & SUGARMAN, P.C.<br><br>*/s/ Robert C. Casby*<br>Robert C. Casby – BBO #07710<br>David P. McCormack – BBO #659006<br>One Beacon Street<br>Boston, MA 02108<br>(617) 542-1000<br>rcasby@sugarman.com<br>dmccormack@sugarman.com | On Behalf of the Defendant,<br>ITW Food Equipment Group, LLC<br><br>By Their Attorneys<br><br>MARTIN, MAGNUSON, MCCARTHY & KENNEY<br><br>*/s/ Douglas Robertson /DPM*<br>Douglas A. Robertson – BBO #552315<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3240<br>drobertson@mmmk.com |