UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUMI C. CHEN )<br>)<br>   Plaintiff )<br>)<br>VS. )<br>)    C.A. NO. 1:04-12036RWZ<br>)<br>ITW FOOD EQUIPMENT GROUP, )<br>LLC )<br>)<br>   Defendant ) | |

**JOINT MOTION TO AMEND OCTOBER 28, 2004 SCHEDULING ORDER**

Now come the plaintiff, Yumi Chen, and the defendant, ITW Food Equipment Group, LLC, all the parties in this matter, and jointly move to extend the parties' time to complete expert discovery and extend the date of the Pre-trial Conference. Currently the parties are due to complete expert discovery by December 30, 2005 and appear for a Pre-trial Conference on January 6, 2006.

As grounds for this motion, the parties submit that fact discovery has been completed, save the deposition of Henry Masterov, head pastry chef, who witnessed the accident, but whose whereabouts are currently unknown. The parties are working cooperatively to locate and depose Mr. Masterov.

Regarding expert discovery, the mixer at issue has been examined by John Orlowski, P.E., for the plaintiff, and by S. C. Malguarnera, Ph.D., P.E. for the defendant. The plaintiff anticipates providing written expert disclosures, in conformance with Fed.R.Civ.P. 26 (a)(2), and responsive to the defendant's expert interrogatories, by December 16, 2005. If the plaintiff's disclosures arrive on or before December 16, 2005, the defendant anticipates providing the plaintiff with defendant's written expert disclosures, in conformance with Fed.R.Civ.P. 26 (a)(2),

and responsive the plaintiff's expert interrogatories, by January 20, 2006. Following receipt of each party's written expert disclosures, the parties anticipate completion of expert depositions by February 24, 2006. Accordingly, the parties respectfully suggest a February 28, 2006 Pre-trial Conference date. The parties jointly submit that the requested brief extension of the time within which to complete expert discovery and conduct the Pre-trial Conference will not unduly delay the resolution of this matter, will allow for orderly, sequenced and complete expert discovery, narrowing the issues for trial, and clarify any issues appropriate for dispositive motions.

Accordingly, the parties jointly request the following amendments to the October 28, 2004 scheduling order:

| | | |
|---|---|---|
| **Expert Discovery** | **Current Deadline** | **Proposed Deadline** |
| | 12/30/05 | 2/24/06 |
| **Pre-Trial Conference** | **Current Date** | **Proposed Date** |
| | 1/6/06 (2:00 p.m.) | 2/28/06 (2:00 p.m.) |

Douglas A. Robertson, BBO#552315
Attorney for Defendant, ITW Food
Equipment Group
MARTIN, MAGNUSON, McCARTHY
 & KENNEY
101 Merrimac Street
Boston, MA 02114-4716

David P. McCormack, BBO#659006
Attorney for Plaintiff, Yumi Chen
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA 02108
Tel. 617-542-1000

Gary M. Glass, Esq.
Ohio State Supreme Court Registration #0042417
ITW FOOD EQUIPMENT GROUP, LLC
THOMPSON HINE LLP
312 Walnut Street, 14th Fl.
Cincinnati, Ohio 45202
(513) 352-6765

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for ITW FOOD EQUIPMENT GROUP, LLC, hereby certify that on December 6, 2005, I served a copy of *Joint Motion to Amend October 28, 2004 Scheduling Order*, via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

---

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
MARTIN, MAGNUSON, MCCARTHY &
   KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

---

S. Stuart Eilers, Esq.
Ohio State Supreme Court Registration #0025581
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1216
(216) 566-5500

---

Gary M. Glass, Esq.
Ohio State Supreme Court Registration #0042417
ITW FOOD EQUIPMENT GROUP, LLC
THOMPSON HINE LLP
312 Walnut Street, 14th Fl.
Cincinnati, Ohio 45202
(513) 352-6765