UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUMI C. CHEN | ) |
| Plaintiff | ) ) ) |
| VS. | ) ) ) C.A. NO. 1:04-12036RWZ |
| ITW FOOD EQUIPMENT GROUP, LLC | ) ) ) |
| Defendant | ) ) |

### AFFIDAVIT OF ATTORNEY DOUGLAS A. ROBERTSON, ESTABLISHING GOOD CAUSE FOR MODIFICATION OF SCHEDULING ORDER, IN ACCORDANCE WITH LOCAL RULE 16.1(G) OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Now comes local counsel for Defendant, ITW Food Equipment Group, LLC, and in accordance with Local Rule 16.1(G), avers and attests that the facts and circumstances set forth in the parties' Joint Motion to Amend October 28, 2004 Scheduling Order are genuine and complete.

The parties have, and continue to, work cooperatively, collegially and expeditiously to locate Henry Masterov and conduct his deposition, exchange written expert disclosures and conduct expert depositions. Completion of this discovery is in the interest of all parties and in the interest of justice. The requested extension is timely and no party or non-party will be prejudiced.

Signed under the pains and penalties of perjury this 6th day of December, 2005.

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
MARTIN, MAGNUSON, MCCARTHY &
    KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for ITW FOOD EQUIPMENT GROUP, LLC, hereby certify that on December 6, 2005, I served a copy of the attached *Affidavit,* via first-class mail, postage prepaid to:

David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
MARTIN, MAGNUSON, MCCARTHY &
  KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

S. Stuart Eilers, Esq.
Ohio State Supreme Court Registration #0025581
Attorney for Defendant,
ITW FOOD EQUIPMENT GROUP, LLC
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1216
(216) 566-5500

Gary M. Glass, Esq.
Ohio State Supreme Court Registration #0042417
ITW FOOD EQUIPMENT GROUP, LLC
THOMPSON HINE LLP
312 Walnut Street, 14th Fl.
Cincinnati, Ohio 45202
(513) 352-6765

2