UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12036-RWZ

YUMI C. CHEN

v.

ITW FOOD EQUIPMENT GROUP, LLC

PRETRIAL ORDER

March 6, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and David P. McCormack and Robert C. Casby, having appeared as counsel for plaintiff Yumi C. Chen; and Douglas A. Robertson, having appeared as counsel for defendant Illinois Tool Works, Inc.; the following action was taken:

1.  TRIAL

Trial is scheduled to commence on September 11, 2006, at 9 a.m. and is estimated to last five days.

2.  JURY

The parties agreed to impanel eight jurors. Each side shall have four peremptory challenges. Counsel shall file proposed questions to the jury on voir dire by September 6, 2006.

3.  ISSUES

The parties agree that the only issues to be tried are:

a) Whether defendant was negligent and/or breached the implied warranty of fitness:

    i) in the design of the machine which did not have a guard;

    ii) in the design of the machine by allowing excessive coasting after the Stop button us pushed;

    iii) by failing to notify owners about the ability to retrofit the machine to add a guard.

b) Whether plaintiff was negligent by putting her hand into the machine before it had come to a full stop;

c) The amount of damages.

4. <u>EXHIBITS</u>

Prior to the commencement of trial on September 11, 2006, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other.  All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence.  Counsel shall mark these exhibits, prepare a listing thereof, and file two copies.  Objected-to exhibits shall be marked for identification and listed separately.

5. <u>WITNESS LIST, DEPOSITIONS</u>

On or before September 4, 2006, each party shall file a list of witnesses who will testify at trial.  If any party wishes to offer the testimony of any witness by deposition, counsel shall designate the portion or portions of such deposition on or before

September 4, 2006. All counter designations and objections to the original designations shall be filed on or before September 7, 2006. All objections to the counter designations shall be filed on or before September 11, 2006.

6. <u>REQUESTS AND QUESTIONS</u>

On the first day of trial, September 11, 2006, counsel shall file:

a. Requests for instructions; and

b. Proposed questions to the jury on special verdict.

|  |  |
|---|---|
| _____<br>DATE |  /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |