UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 1:04-12036RWZ

FILED
CLERKS OFFICE

2006 SEP 21 P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| YUMI C. CHEN ) | |
| ) | |
| Plaintiff ) | |
| ) | **STIPULATION OF DISMISSAL WITH** |
| VS. ) | **PREJUDICE** |
| ) | |
| ITW FOOD EQUIPMENT GROUP, LLC ) | |
| ) | |
| Defendant ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the parties, hereby stipulate and agree that all claims asserted in this action by the plaintiff against ITW Food Equipment Group, LLC be and hereby are dismissed with prejudice and without legal fees or costs to any party, waiving all rights of appeal and all notice pursuant to Fed. R. Civ. P. 77(d). The undersigned represent all parties who have appeared in this action.

David P. McCormack, BBO #659006
Attorney for Plaintiff, Yumi C. Chen
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108
(617) 542-1000

Douglas A. Robertson BBO #552315
Attorney for Defendant, ITW Food
Equipment Group, LLC
MARTIN, MAGNUSON, McCARTHY
& KENNEY
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240

CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for the defendant, ITW Food Equipment Group, LLC, hereby state that on September 20, 2006, I mailed a copy of *Stipulation of Dismissal,* postage prepaid, to:

David P. McCormack, Esq.
Sugarman and Sugarman
One Beacon Street
Boston, MA 02108

Douglas A. Robertson, BBO No. 552315
Attorney for Defendant, ITW Food
Equipment Group, LLC
MARTIN, MAGNUSON, MCCARTHY
& KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240